**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF DECEMBER 16, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------

| | |
|---|---|
| WD77109 | John H. Gunn vs. State of Missouri |
| WD77131 | Victor A. Edwards vs. State of Missouri |
| WD77279 | Harold E. Green vs. Phyllis M. Green |
| WD77306 | Sonnja Blevins vs. Division of Employment Securithy |
| WD77307 | Consolidated with WD77306 |
| WD77669 | In the Interest of D.R.T.: Missouri Department of Social Services, Children's Division; Juvenile Officer vs. R.L.T., Jr. |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------

**None**